1  ERIC GRANT
   United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 5:25-po-00287-CDB
12 |              Plaintiff,          | [Citations #E2152274 CA/10]
13 | v.                               |
                                      | MOTION AND ORDER FOR DISMISSAL
14 | JEFFREY H. SCHWALB,              |
15 |              Defendant.          |
16

17

18     The United States of America, by and through Eric Grant, United States Attorney, and Luke

19 Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00287-CDB

20 [Citation #E2152274 CA/10] against JEFFREY H. SCHWALB, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: January 5, 2026                      Respectfully submitted,

24                                             ERIC GRANT
                                               United States Attorney
25
                                         By:   /s/ *Luke Baty*
26                                             LUKE BATY
                                               Assistant United States Attorney
27

28
                                        1
                                                                          U.S. v. Schwalb
                                                                    Case No. 5:25-po-00287-CDB

# O R D E R

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00287-CDB [Citation #E2152274 CA/10] against JEFFREY H. SCHWALB is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 5, 2026**              _____
                                          UNITED STATES MAGISTRATE JUDGE